UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>KARLA CASTANEDA,<br><br>                    Defendant. | Case No.: 14-CR-1192-BTM<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE AND EXONERATE BOND** |

   Upon motion of the United States of America and good cause appearing,

   IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice and bond be exonerated.

   IT IS SO ORDERED.

DATED: June 12, 2014

_____
HONORABLE DAVID H. BARTICK
United States Magistrate Judge